USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY WEST, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

MOUNTAIN ROSE, INC.,

    Defendant.

---

Case No.: 20-cv-3780

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)**

**WHEREAS,** Plaintiff Mary West has sued Defendant Mountain Rose, Inc., alleging that Defendant's website violates the Americans with Disabilities Act, Title III and the New York City Human Rights Law etc in that its website is not accessible to visually disabled persons, and

**WHEREAS,** Defendant is committed to complying with the Americans with Disabilities Act and the New York City Human Rights Law, and it will continue to improve its website so as to achieve and maintain full compliance with WCAG 2.0 A and AA standards, and

**IT IS HEREBY STIPULATED AND AGREED** that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party bearing its own fees and costs.

Dated: New York, New York
   August 28, 2020

| | |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP | Stein Saks PLLC |
| By: _/s/ Alecia Walters-Hinds_ | By: _/s/ David Paul Force_ |
| Alecia Walters-Hinds, Esq. | David Paul Force, Esq. |
| 77 Water Street, Suite 2100 | 285 Passaic Street |
| New York, NY 10005 | Hackensack, NJ 07601 |
| Telephone: (212) 232-1300 | Telephone: (201) 282-6500 |
| alecia.walters-hinds@lewisbrisbois.com | dforce@SteinSaksLegal.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

4821-8960-6601.1

SO ORDERED

_____
JAMES L. COTT
United States Magistrate Judge

**Dated:** September 1, 2020